UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRYAN DAVID BOWDOIN        CIVIL ACTION

VERSUS                     NUMBER: 21-1713

CORRECT HEALTH             SECTION: "J"

## **O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Plaintiff's lawsuit be **DISMISSED** pursuant to 28 U.S.C. 1915(e)(2)(B)(i)-(ii).

New Orleans, Louisiana, this 31st day of January, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE